UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ANTHONY GALLIPEAU,** | ) Civil No. 3:19-cv-00175 |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **NEWELL BRANDS, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Gallipeau, by counsel, hereby notifies the Court of the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

    /s/ Philip J. Gibbons, Jr.
    Philip J. Gibbons, Jr., NCSB #50276

    GIBBONS LEIS, PLLC
    14045 Ballantyne Corp. Pl., Ste 325
    Charlotte, North Carolina 28277
    Telephone: (704) 612-0038
    E-Mail: phil@gibbonsleis.com

    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on May 23, 2019 a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276